994

EXCHANGE SECURITY BANK, Plaintiff-Appellant, *v.* ROY O'GWIN, Defendant-Appellee.

(No. 73-203; 

Second District (2nd Division)—January 21, 1975.

Opinion by Mr. JUSTICE T. MORAN.

Donovan, Dichtl, Atten, Mountcastle & Roberts, of Wheaton, for appellant.

No brief for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PATRICK FANE, Defendant-Appellant.

(No. 73-310; 

Second District (2nd Division)—January 21, 1975.